# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 27, 2025

---

### NO. 03-23-00427-CR

---

**James Earl, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the Deferral of Adjudication of Guilt and Supervision Order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's Deferral of Adjudication of Guilt and Supervision Order. Therefore, the Court affirms the trial court's Deferral of Adjudication of Guilt and Supervision Order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.